IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SIVI MARIE CONTRERAS, | § | Bankruptcy Case No. 17-30031-hcm |
| | § | |
| Debtor. | § | |
| | § | |
| H.G. ARIAS & ASSOCIATES, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 17-03005-hcm |
| | § | |
| SIVI MARIE CONTRERAS d/b/a PROSCAPE, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S STATEMENT REGARDING CONSENT

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

Comes now, H.G. ARIAS & ASSOCIATES, L.P., the Plaintiff herein and files this its Statement Regarding Consent pursuant to the Order entered by the Court on April 13, 2017, and would respectfully show the following:

1. On April 13, 2017, the Court entered its Order Requiring Statement Regarding Consent [Doc #6].

2. The Plaintiff consents to entry of final orders and a final judgment by the U.S. Bankruptcy Judge for the U.S. Bankruptcy Court in this adversary proceeding.

SIGNED this 8th day of May, 2017.

                              Respectfully submitted,

                              JAMES & HAUGLAND, P.C.
                              609 Montana Avenue
                              El Paso, Texas 79902
                              Phone: 915-532-3911
                              FAX: (915) 541-6440

By: _____
                              Corey W. Haugland
                              State Bar No. 09234200
                          Attorney for H.G. ARIAS & ASSOCIATES

## **CERTIFICATE OF SERVICE**

      I, Corey W. Haugland, hereby certify that on this 8th day of May, 2017, a true and correct copy of Plaintiff's Statement Regarding Consent was sent to:

Michael R. Nevarez
P.O. Box 12247
El Paso, Texas 79913

H.G. Arias & Associates, L.P.
2267 Trawood, Suite F-2
El Paso, Texas 79935

                              _____
                              Corey W. Haugland